UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,

and

MELISSA EVERETTE and
FONTELLA LUTHER,

      Plaintiff-Intervenors,

v.                            CASE No. 8:05-CV-1813-T-17TGW

DIVERSIFIED BEHAVIORAL
HEALTH SOLUTIONS, INC.,

      Defendant.

_____

## ORDER

THIS CAUSE came for consideration upon the Plaintiff EEOC'S

Motion for Default Judgment and Request for Entry of Default (Doc. 49).

It is, therefore, upon consideration

ORDERED:

That the Clerk is DIRECTED to enter a **DEFAULT** against the

defendant in accordance with F.R.Civ.P. 55.

DONE and ORDERED at Tampa, Florida, this _____ day of

January, 2007.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE