```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

         Plaintiff,

and                                 CASE NO.  8:05-CV-1813-T-17TGW

MELISSA EVERETTE and
FONTELLA LUTHER,

    Intervening Plaintiffs,

vs.

DIVERSIFIED BEHAVIORAL
HEALTH SOLUTIONS, INC.,
d/b/a Central Florida Youth
Services, Inc.,

         Defendant.
_____/
```

ORDER

This cause is before the Court on:

Dkt. 74 Plaintiff-Intervenors' Application for Application for Award of Attorneys' Fees
Dkt. 75 Memorandum

The Court reserved jurisdiction for the award of attorney's fees and costs.

Plaintiff-Intervenors move the Court to award a total $16,255.00 in attorney's fees. The Court has examined the supporting Memorandum and documentation. No objection to the Application has been filed.

After consideration, the Court finds that the hourly rates

and amount of time expended are reasonable. Plaintiff-Intervenors have certified that they exercised billing judgment. After considering the docket of this case, the Court finds that Plaintiff-Intervenors have established entitlement to and documentation of attorney's fees in the amount requested, $16,255.00. Accordingly, it is

**ORDERED** that the Application is **granted** in the amount of $16,255.00. The Clerk of Court shall enter a Final Judgment in favor of Plaintiff-Intervenors Melissa Everette and Fontella Luther and against Diversified Behavioral Health Solutions, Inc., f/k/a and d/b/a Central Florida Youth Services, Inc. in the amount of $16,255.00 for attorney's fees, for which sum execution shall issue.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 17th day of April, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record